(November 30, 1961)

In the Matter of Peter N. Drake, Appellant, v. Louis La Pera et al., Respondents.—

Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

Joyce Research And Development Corporation, Appellant, v. Equi-Flow Division of Vibro Mfg. Co., Inc., Respondent.—

Ughetta, Acting P. J., Christ, Pette and Brennan, JJ., concur.

Rebecca Kantor, Appellant, v. Nationwide Life Insurance Company, Respondent.—

Ughetta, Acting P. J., Christ, Pette and Brennan, JJ., concur.

The People of the State of New York, Plaintiff, v. Albert Allen, Defendant.—

Ughetta, Acting P. J., Christ, Pette and Brennan, JJ., concur.

Third Department, November, 1961

(November 1, 1961)

In the Matter of William J. Black, Respondent, v. Board of Elections of the County of Hamilton, Appellant.—

Coon, J. P., Gibson, Herlihy, Reynolds and Taylor, JJ., concur.